# Hoffman Employment Law, LLC



600 Jefferson Plaza Suite 204

Rockville, MD 20852

Phone: 301-251-3752  |  Fax: 301-251-3753

Account Statement

Prepared for Stephen Wiegmann

Re: Case Mia's Overtime Claim

| | |
|---|---:|
| Previous Balance | $0.00 |
| Current Charges | $16,537.20 |
| New Balance | $16,537.20 |
| Adjustments | $0.00 |
| Payments | $0.00 |
| Now Due | $16,537.20 |
| Trust Account | $0.00 |

# Hoffman Employment Law, LLC

600 Jefferson Plaza Suite 204

Rockville, MD 20852

Phone: 301-251-3752   |   Fax: 301-251-3753

## PRE-BILL

Stephen Wiegmann

Invoice Date: September 11, 2019
Invoice Number: Pre-bill
Invoice Amount: $16,537.20

## Matter: Case Mia's Overtime Claim

**Attorney's Fees**

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 11/26/2018 | Draft ltr of rep for Pl. | J.L. | .20 | No Charge |
| 12/4/2018 | Draft comm to client re status of matter. | H.B.H. | .20 | $80.00 |
| 12/5/2018 | Call with client S. Wiegmann regarding employment experiences at Casa Mia. | G.H. | .50 | $102.50 |
| 12/6/2018 | Conduct fact research, draft complaint. | G.H. | 3.30 | $676.50 |
| 12/10/2018 | Call with client S. Wiegmann regarding corporate ownership of Casa Mia's. | G.H. | .10 | $20.50 |
| 12/10/2018 | Review and revise complaint. | G.H. | 1.40 | $287.00 |
| 12/12/2018 | Review and revise complaint. | G.H. | 1.20 | $246.00 |
| 1/3/2019 | Review and edit complaint. | J.L. | .30 | $61.50 |
| 1/4/2019 | Phone call w/ Pl. Wiegmann re case/complaint status. | J.L. | .10 | $20.50 |
| 1/31/2019 | Review and revise Complaint. (.1 hrs). Tele conf. with client re status of matter. (.1 hrs). | H.B.H. | .20 | $80.00 |
| 2/1/2019 | Review and revise Complaint. Draft proposed summons. Draft civil cover sheet. Open case via ECF. | H.B.H. | .70 | $280.00 |
| 2/4/2019 | Review executed summons and order assigning case to magistrate judge. | J.L. | .10 | $20.50 |
| 2/13/2019 | Review case file, draft memo to process server regarding service of lawsuit on Defendants. | G.H. | .20 | $41.00 |
| 2/21/2019 | Review show cause order. | J.L. | .10 | $20.50 |
| 2/27/2019 | Comm with process server re status of matter. Conf with G. Herbers re same. Review memo re instruction for service; review materials. Transmit. | H.B.H. | .20 | $80.00 |
| 3/7/2019 | Draft email to client regarding case status. | G.H. | .20 | $41.00 |
| 3/7/2019 | Review comm b/w G. Herbers and client re status of | H.B.H. | .10 | $40.00 |

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| | matter. | | | |
| 3/12/2019 | Prepare and file proofs of service for all Defendants. | J.L. | .50 | $102.50 |
| 3/12/2019 | Tele conf with G. Curry re status of matter. | H.B.H. | .10 | $40.00 |
| 3/19/2019 | Tele conf. with G. Curry re status of matter, including requested extension and request for payroll documents. (.2 hrs). | H.B.H. | .20 | $80.00 |
| 3/19/2019 | Tele conf. with S. Wiegmann re payroll details and reporting of same to employer. | H.B.H. | .20 | $80.00 |
| 3/19/2019 | Review case file regarding payment documents (.1); Teleconf. with client SW and HBH regarding wage documents and procurement of same (.2); Review email from opposing counsel regarding settlement terms (.1). | G.H. | .40 | $82.00 |
| 3/20/2019 | Conference with client; review payroll documents. Discuss strategies, potential issues, potential outcomes. | H.B.H. | 2.10 | $840.00 |
| 3/20/2019 | Conf. with HBH regarding client's wage documents and damage calculations. | G.H. | .20 | $41.00 |
| 3/21/2019 | Review case file, calculate overtime damages for client S. Wiegmann. | G.H. | 3.50 | $717.50 |
| 3/26/2019 | Review case file and S. Wiegmann's payroll documents, review and revise damage calculations (.4). | G.H. | .40 | $82.00 |
| 4/5/2019 | Review client S Wiegmann's wage/hour documents, review and revise damage calculations. | G.H. | 1.30 | $266.50 |
| 4/8/2019 | Review email from HBH to opposing counsel re. case status. | J.L. | .10 | $20.50 |
| 4/8/2019 | Review Answer to Complaint; compare denials with allegations. Review Corporate Disclosure. | H.B.H. | .20 | $80.00 |
| 4/9/2019 | Review Defendants' answer (.3); Review payment records produced by Defendants and review and revise damage calculations (1.6). | G.H. | 1.90 | $389.50 |
| 4/9/2019 | Review comm from GC attaching payroll records; draft comm. to G. Herbers re same. Legal research re salary basis argument. | H.B.H. | .80 | $320.00 |
| 4/18/2019 | Review answer with HBH and SEK and discuss motion to strike. | J.L. | .20 | $41.00 |
| 4/18/2019 | Review Answer, Discuss Motion to Strike | S.K. | .20 | $41.00 |
| 4/18/2019 | Confer with SK and JL re moving to strike deficient answer. | H.B.H. | .20 | $80.00 |
| 4/22/2019 | Drafting Motion to Deem Admitted | S.K. | 1.80 | $369.00 |
| 4/23/2019 | Drafting Motion to Deem Admitted | S.K. | 1.10 | $225.50 |
| 4/24/2019 | Review Case Status | S.K. | .10 | $20.50 |
| 4/25/2019 | Review case file: major pleadings | S.K. | .80 | $164.00 |
| 4/29/2019 | Review and revise Motion to Strike; file same via ECF. | H.B.H. | .90 | $360.00 |
| 4/30/2019 | Review mot. to strike answers. | J.L. | .10 | $20.50 |
| 5/10/2019 | Tele conf w opposing counsel re motion to strike, amended answer, etc. | H.B.H. | .10 | $40.00 |
| 5/15/2019 | Confer with client re status of settlement offer, potential issues and responses. | H.B.H. | .30 | $120.00 |

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 5/17/2019 | Tele conf with opposing counsel re status of matter (settlement discussion). | H.B.H. | .10 | $40.00 |
| 5/20/2019 | Review email from Court re. scheduling order, draft email response. | J.L. | .10 | $20.50 |
| 5/20/2019 | Draft joint motion to amend scheduling order. | J.L. | .30 | $61.50 |
| 5/22/2019 | Send email to opposing counsel re. position on new proposed scheduling order and update on response letter. | J.L. | .20 | $41.00 |
| 5/29/2019 | Entering Notice of Appearance | S.K. | .20 | $41.00 |
| 5/29/2019 | Tele conf with G. Curry re status of matter. Review file materials and confer with associate S. Kraff. | H.B.H. | .10 | $40.00 |
| 5/30/2019 | Review comm from opposing counsel re status of matter. (.1 hrs; GRATIS). Draft lengthy letter to opposing counsel re settlement issues and related demand. Draft lengthy email. Review calcs. (.8 hrs). | H.B.H. | 1.60 | $640.00 |
| 5/31/2019 | Review demand letter. | J.L. | .10 | $20.50 |
| 5/31/2019 | Review Comms. with counsel re: settlement | S.K. | .20 | $41.00 |
| 5/31/2019 | Tele conf with G. Currey re status of matter; review file materials. | H.B.H. | .10 | $40.00 |
| 6/2/2019 | Draft comm to assoc attys re lodestar prep. | H.B.H. | .10 | $40.00 |
| 6/3/2019 | Review correspondence re. proposed scheduling order. | J.L. | .10 | $21.50 |
| 6/3/2019 | Drafting Lodestar Statement | S.K. | .40 | $82.00 |
| 6/3/2019 | Tele conf with G. Currey re scheduling and related matters (mediation). (.2 hrs). Review comm from G. Currey re ltr to Court; review same filed with Court. (.1 hrs). | H.B.H. | .30 | $120.00 |
| 6/3/2019 | Review and revise lodestar; transmit to opposing counsel. | H.B.H. | .20 | $80.00 |
| 6/4/2019 | Review and calendar scheduling order. | J.L. | .20 | $43.00 |
| 6/4/2019 | Review Scheduling Order | S.K. | .10 | $20.50 |
| 6/5/2019 | Call w/ counsel re: settlement | S.K. | .10 | $20.50 |
| 6/5/2019 | Review Mediation Order | S.K. | .20 | $41.00 |
| 6/13/2019 | Review offer letter from opposing counsel. | J.L. | .20 | $43.00 |
| 6/13/2019 | Review email from HBH to opposing counsel re. demand. | J.L. | .10 | $21.50 |
| 6/13/2019 | Draft comm to G. Currey re status of matter and settlement proposal. | H.B.H. | .20 | $80.00 |
| 6/13/2019 | Draft comm to client re scheduled mediation. | H.B.H. | .10 | $40.00 |
| 6/13/2019 | Review and respond to comm from client re settlement proposal. | H.B.H. | .10 | $40.00 |
| 6/17/2019 | Drafting Interrogs | S.K. | 2.20 | $451.00 |
| 6/17/2019 | Drafting RPDs | S.K. | 2.60 | $533.00 |
| 6/20/2019 | Edit/Finalize Interrogs | S.K. | .60 | $123.00 |
| 6/20/2019 | Review and revise Interrogatories; finalize. (1.1 hrs). Draft comm to opposing counsel re same. | H.B.H. | 1.20 | $480.00 |
| 6/21/2019 | Review settlement offer from counsel | S.K. | .20 | $41.00 |
| 6/21/2019 | Drafting RPDs | S.K. | .80 | $164.00 |
| 6/21/2019 | Review comm from opposing counsel re settlement response and counter-offer. | H.B.H. | .10 | $40.00 |

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 6/21/2019 | Draft comm to client re settlement offer. | H.B.H. | .10 | $40.00 |
| 6/24/2019 | Tele conf with client re settlement options, outcomes and strategies. | H.B.H. | .50 | $200.00 |
| 7/3/2019 | Confer w/ HBH and SEK re. case status. | J.L. | .10 | $21.50 |
| 7/3/2019 | Confer with associate attorneys re status of matter. | H.B.H. | .10 | $40.00 |
| 7/3/2019 | Confer w/ HBH and JSL re: case status and priorities | S.K. | .10 | $20.50 |
| 7/8/2019 | Call w/ Greg Curry re: settlement offer | S.K. | .10 | $20.50 |
| 7/10/2019 | Review email from HBH to opposing counsel re. settlement offer. | J.L. | .10 | $21.50 |
| 7/19/2019 | Send email to experts with documents for expert report. | J.L. | .10 | $21.50 |
| 7/19/2019 | Confer with associate attys re expert report deadline and status of case. | H.B.H. | .10 | $40.00 |
| 7/22/2019 | Phone call w/ SEK and experts re. damage calculations. | J.L. | .20 | $43.00 |
| 7/22/2019 | Multi (6) tele conf w/ experts re: preparation of expert report. | S.K. | .90 | $184.50 |
| 7/22/2019 | Review damage calculations and update spreadsheets | S.K. | .30 | $61.50 |
| 7/22/2019 | Call w/ client re: settlement | S.K. | .20 | $41.00 |
| 7/22/2019 | Review expert report | S.K. | .80 | $164.00 |
| 7/22/2019 | Confer w/ HBH re: expert report | S.K. | .30 | $61.50 |
| 7/22/2019 | Tele conf with client re personal settlement discussions with defendants, discussing potential issues re reemployment. Draft extensive comm to opposing counsel, outlining revised demands. | H.B.H. | .70 | $280.00 |
| 7/23/2019 | Review email between HBH and opposing counsel re. settlement offer. | J.L. | .10 | $21.50 |
| 7/23/2019 | Review emails from experts re. damage calculations. | J.L. | .10 | $21.50 |
| 7/23/2019 | Review email from counsel re: settlement | S.K. | .20 | $41.00 |
| 7/23/2019 | Review comm from counsel re discovery status. | H.B.H. | .10 | $40.00 |
| 7/23/2019 | Tele conf with client re status of matter. | H.B.H. | .10 | $40.00 |
| 7/24/2019 | Multi (2) tele conf with S. Wiegmann re settlement status and issues. | H.B.H. | .20 | $80.00 |
| 7/24/2019 | Tele conf with opposing counsel (GC) re response to settlement outline; issues. | H.B.H. | .20 | $80.00 |
| 7/24/2019 | Review email from HBH to opposing counsel re. settlement and attorneys' fees and costs. | J.L. | .10 | $21.50 |
| 7/24/2019 | Draft comm to GC re atty fee/costs and settlement issues. | H.B.H. | .10 | $40.00 |
| 7/25/2019 | Review comms re: attorney fees | S.K. | .20 | $41.00 |
| 7/25/2019 | Call from Counsel re: settlement | S.K. | .10 | $20.50 |
| 7/31/2019 | Tele conf with client re settlement issues. | H.B.H. | .10 | $40.00 |
| 8/1/2019 | Tele conf with client re status of matter. | H.B.H. | .20 | $80.00 |
| 8/5/2019 | Review emails between HBH and opposing counsel re. potential settlement terms. | J.L. | .10 | $21.50 |
| 8/5/2019 | Comm with G. Currey re status of matter. | H.B.H. | .10 | $40.00 |
| 8/5/2019 | Review email from counsel re: settlement | S.K. | .10 | $20.50 |
| 8/6/2019 | Confer w/ HBH re: settlement agreement | S.K. | .30 | $61.50 |
| 8/6/2019 | Draft Mot. to Approve Settlement Agreement | S.K. | .80 | $164.00 |

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 8/7/2019 | Tele conf with opposing counsel re status of matter. | H.B.H. | .10 | $40.00 |
| 8/8/2019 | Draft Settlement Agreement | S.K. | 3.10 | $635.50 |
| 8/9/2019 | Review draft settlement agreement; comm. with assoc atty re same. | H.B.H. | .10 | $40.00 |
| 8/9/2019 | Edit Settlement Agreement | S.K. | .80 | $164.00 |
| 8/9/2019 | Review and edit settlement agreement. | J.L. | .40 | $86.00 |
| 8/9/2019 | Draft settlement agreement | S.K. | 1.10 | $225.50 |
| 8/13/2019 | Confer w/ HBH and SEK re. review of employment agreement component of settlement agreement. | J.L. | .10 | $21.50 |
| 8/13/2019 | Confer w/ HBH and JSL re. review of employment agreement component of settlement agreement. | S.K. | .10 | $20.50 |
| 8/13/2019 | Review employment agreement drafted by Defendants for settlement | S.K. | .50 | $102.50 |
| 8/14/2019 | Review employment agreement. Draft comm to client re same. | H.B.H. | .20 | $80.00 |
| 8/28/2019 | Review email from HBH to opposing counsel re. issues and edits to settlement agreement and employment agreement. | J.L. | .10 | $21.50 |
| 8/28/2019 | Review email from opposing counsel to HBH re. minor edits to settlement agreement and motion, and finalizing documents. | J.L. | .10 | $21.50 |
| 8/28/2019 | Review Motion to Approve Settlement and Employment Agreement from counsel. | S.K. | .40 | $82.00 |
| 8/29/2019 | Review comm from G. Currey re edits; draft reply. | H.B.H. | .10 | $40.00 |
| 9/4/2019 | Draft comm to G. Currey re follow up. | H.B.H. | .10 | $40.00 |
| 9/6/2019 | Review email from opposing counsel re. finalized settlement documents. | J.L. | .10 | $21.50 |
| 9/6/2019 | Review Settlement Agreement and Employment agreement drafts from counsel. | S.K. | .60 | $123.00 |
| 9/9/2019 | Phone call w/ Pl. Wiegmann re. case status. | J.L. | .10 | $21.50 |
| 9/10/2019 | Review emails between HBH and opposing counsel re. signing settlement agreements. | J.L. | .10 | $21.50 |
| 9/10/2019 | Forward settlement agreement and employment agreement to Wiegmann for signature and send Docusign links for same. | S.K. | .30 | $61.50 |
| 9/11/2019 | Organizing billing time for Hoffman, Liew, and Kraff affidavits for Motion to Approve Settlement. | S.K. | .20 | $41.00 |
| 9/11/2019 | Prepare affidavits for Kraff and Liew for Motion to Approve Settlement Agreement. | S.K. | .80 | $164.00 |
| 9/11/2019 | Review time records. Review and revise Joint Motion. Prepare Order. Draft Declaration. File materials via ECF. | H.B.H. | 2.10 | $840.00 |
| SUBTOTAL: | | | 59.40 | $15,281.00 |

**Costs**

| Date | Description | Amount |
|---|---|---|
| 2/1/2019 | Filing Fee | $400.00 |
| 2/27/2019 | Postage for mailing of summons to process server. | $6.95 |
| 3/3/2019 | Service of Process - Carolan | $65.00 |
| 3/4/2019 | Service of Process - Dilda | $75.00 |
| 7/24/2019 | Expert Witness (Report and Calcs) | $567.50 |

| | | |
|---|---|---:|
| 7/24/2019 | Copying/Printing (567 copies @ .25/hour) | $141.75 |
| SUBTOTAL: | | $1,256.20 |

**Matter Ledgers**

SUBTOTAL:

**Trust Account**
| | | |
|---|---|---:|
| 9/11/2019 | Previous Balance | $0.00 |
| Available in Trust: | | $0.00 |

TOTAL $16,537.20
PREVIOUS BALANCE DUE $0.00

CURRENT BALANCE DUE AND OWING $16,537.20